FOURTH DEPARTMENT, SEPTEMBER, 1984

(September 21, 1984)

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JOHN C. McCARTHY, Appellant. — Judgment unanimously affirmed. Memorandum: By entering a plea of guilty to a violation of subdivision 2 of section 1192 of the Vehicle and Traffic Law as a felony, defendant waived his claim that the People were not ready for trial within the time prescribed by CPL 30.30 (*People v Savage,* 54 NY2d 697; *People v Friscia,* 51 NY2d 845).

While a plea of guilty entered under circumstances demonstrating a knowing and voluntary waiver of the constitutional right to a speedy trial may also operate as a waiver of that right (*People v White,* 32 NY2d 393, 399; *People v Nelson,* 79 AD2d 1093), it may not be said here that defendant's conduct spelled out such a waiver (see *People v Chirieleison,* 3 NY2d 170, 173-174). His motion to dismiss on this ground was properly denied,

however, because his moving papers were factually and legally insufficient to support the claim (see *People v Taranovich,* 37 NY2d 442) and no hearing was required (see CPL 210.45, subd 5, par [a]). (Appeal from judgment of Monroe County Court, Mark, J. — driving while intoxicated.) Present — Dillon, P. J., Doerr, Green, Moule and Schnepp, JJ.